THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SONNY VU | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-373-SDJ-BD |
| | § | |
| RSI RACING SOLUTIONS INC. | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 10, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #17), that Plaintiff Sonny Vu's Motion for Default Judgment, (Dkt. #14), be granted in part and denied in part.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion for Default Judgment, (Dkt. #14), is **GRANTED IN PART** and **DENIED IN PART**, and Plaintiff Vu is awarded $150,000 in damages, with costs to be taxed against Defendant RSI Racing Solutions, Inc.

**So ORDERED and SIGNED this 29th day of July, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE